# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

144440

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
   Plaintiff-Appellee,

v

               SC: 144440
               COA: 297016
CBS OUTDOOR, INC., COMMODITIES Wayne CC: 07-707208-CC
EXPORT COMPANY, and WALTER H.
LUBIENSKI,
   Defendants-Appellees,

and

DETROIT INTERNATIONAL BRIDGE
COMPANY,
   Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

h0912